IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **TREVOR KELLEY,**<br><br>　　　　　**Plaintiff,**<br><br>**v.**<br><br>**PROVO LODGING, LLC, d/b/a DAYS INN PROVO & SUITES OF PROVO,**<br><br>　　　　　**Defendant.** | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>**Civil No. 2:18-cv-00682-PMW**<br><br>**Chief Magistrate Judge Paul M. Warner** |

Based upon the stipulated motion of the parties, and good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. This case is hereby DISMISSED WITH PREJUDICE, and each party shall bear its own costs and attorney fees.

IT IS SO ORDERED.

DATED this 21st day of December, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAUL M. WARNER
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge